**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE NO. 8:13-CV-00806-SDM-MAP**

CINDY J. AMES and DAVID R. AMES,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,
NATIONWIDE TITLE CLEARING, INC.,
ERIKA LANCE, CYNTHIA A. RILEY,
LAQUINA WILSON DOATY, PEARL
BURCH, LASHONDA ANDERSON,
SHEQUITA KNOX, and ANGELA RUTH
PAYNE, AND ALRDRIDGE CONNORS,
LLP AND JOHN DOES 1-5,

    Defendants.
_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL
FOR DEFENDANT CYNTHIA A. RILEY**

Pursuant to Local Rule 2.03, is hereby stipulated and agreed by the undersigned and Defendant Cynthia A. Riley that the law firm of Wargo & French, LLP shall be substituted as counsel for Cynthia A. Riley in place of the law firm of GrayRobinson, PA. GrayRobinson, PA shall be relieved of any further responsibility in this matter. All further pleadings and correspondence shall be served upon Stephanie McAlister, Wargo & French, LLP, 201 S. Biscayne Blvd., Suite 1000, Miami, Florida 33131, smcalister@wargofrench.com.

CASE NO. 8:13-CV-00806-SDM-MAP

Respectfully submitted,

/s/ Jeffrey T. Kuntz
_____
**GrayRobinson, PA**
Thomas H. Loffredo
tom.loffredo@gray-robinson.com
Jeffrey Thomas Kuntz
Florida Bar No. 870323
jkuntz@gray-robinson.com
Ronald J. Tomassi, Jr.
Florida Bar No. 29751
ronald.tomassi@gray-robinson.com
Roland E. Schwartz
Florida Bar No. 712078
rschwartz@gray-robinson.com
Suite 1850
401 E Las Olas Blvd.
Ft. Lauderdale, Florida 33301
Phone (954) 761-8111
Fax (954) 761-8112

**Withdrawing counsel for Defendant Cynthia A. Riley**

/s/ *Stephanie L. McAlister*
_____
**Wargo & French, LLP**
Stephanie L. McAlister
Florida Bar No. 86518
201 S. Biscayne Blvd, Suite 1000
Miami, Florida 33131
Phone (305) 777-6000
Fax (305) 777-6001
Email: smcalister@wargofrench.com

**Substituted counsel for Defendant Cynthia A. Riley**

/s/ _____
Cynthia A. Riley

**Defendant Cynthia A. Riley**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic filing on CM/ECF on this 8th day of May, 2013, on all counsel and parties of record on the Service List below.

/s/ *Stephanie L. McAlister*
Stephanie L. McAlister

## SERVICE LIST

**Jacqulyn Mack**
The Mack Law Firm, Chartered
2022 Placida Rd
Englewood, FL 34224-5204
Phone: (941) 475-7966
Fax: (941) 475-0729
Email: jacqulyn@macklawfirm.org

*Counsel for Plaintiffs*

**Thomas H. Loffredo**
tom.loffredo@gray-robinson.com
**Jeffrey Thomas Kuntz**
Florida Bar No. 870323
jkuntz@gray-robinson.com
**Ronald J. Tomassi, Jr.**
Florida Bar No. 29751
ronald.tomassi@gray-robinson.com
**Roland E. Schwartz**
Florida Bar No. 712078
rschwartz@gray-robinson.com
Suite 1850
401 E Las Olas Blvd.
Ft. Lauderdale, Florida 33301
Phone (954) 761-8111
Fax (954) 761-8112

*Counsel for Defendant JPMorgan Chase Bank, N.A.,*
*Withdrawing counsel for Defendant Cynthia A. Riley*

**Gregory M. McCoskey**
Akerman Senterfitt
Suite 1700
401 E Jackson St
Tampa, FL 33602-5250
Phone: (813)223-7333
Fax: (813) 223-2837
Email: greg.mccoskey@akerman.com

*Counsel for Defendants Nationwide Title Clearing, Inc.
and Erika Lance*